**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **IN RE:** | **FILE NO:** GK 20-01227 |
| Celia Cross, | **CHAPTER 13** |
| | **HON.** John T. Gregg |
| Debtor. | Filed:3/20/2020 |
| _____/ | |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

     NOW COMES the Debtor, Celia Cross, and hereby answers as follows:

1. Debtor will provide tax returns when available.

2. Debtor has force-placed insurance only.

3. Debtor has made payments.

4. Debtor will amend plan as necessary.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Trustee's Motion to Dismiss and grant whatever other relief the Court deems just and equitable.

Dated: 08/14/2020         /s/ Kerry  Hettinger
                                      Kerry  Hettinger(P53569)
                                      4341 S. Westnedge Ave
                                      Suite 1202
                                      Kalamazoo, Michigan 49008
                                      269-344-0700
                                      khett57@hotmail.com